UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **ROBERT E. CORSON,**<br>　　　　Plaintiff,<br><br>v.<br><br>**KILOLO KIJIKAZI,**<br>**Acting Commissioner**<br>**of the Social Security**<br>　**Administration,**<br>　　　　Defendant. | Case No. 5:22-cv-208-CLM |

## MEMORANDUM OPINION

The magistrate judge previously assigned this case has recommended that the court affirm the Commissioner's decision to deny Plaintiff Robert E. Corson's claim for continuing disability benefits. (Doc. 14). Though the magistrate judge informed Corson that he had 14 days to object to the recommendation, the court has received no objections.

Having reviewed the record, including the magistrate judge's report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. So the court **WILL AFFIRM** the Commissioner's decision to deny Corson continuing disability benefits.

The court will enter a separate final order that carries out this ruling and closes this case.

**Done** on August 16, 2023.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE